No. 98–5597. CREHORE v. UNITED STATES, *ante*, p. 912. Petitions for rehearing denied.

NOVEMBER 10, 1998

No. 98–5898. IN RE FLOWERS. Petition for writ of mandamus dismissed under this Court's Rule 46.

NOVEMBER 16, 1998

No. D–1970. IN RE DISBARMENT OF KURTZ. Disbarment entered. [For earlier order herein, see 524 U. S. 935.]

No. D–2010. IN RE DISBARMENT OF BEREANO. Bruce Charles Bereano, of Annapolis, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2011. IN RE DISBARMENT OF WECHSLER. William Alfred Wechsler, of Hartford, Conn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2012. IN RE DISBARMENT OF FRIEDMAN. Hirsch Friedman, of Atlanta, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2013. IN RE DISBARMENT OF REHBERGER. Robert L. Rehberger, of Forsyth, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2014. IN RE DISBARMENT OF MYERSON. Harvey D. Myerson, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.